Lakeview Loan Servicing, LLC v Florio (2024 NY Slip Op 04255)

Lakeview Loan Servicing, LLC v Florio

2024 NY Slip Op 04255

Decided on August 21, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 21, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
WILLIAM G. FORD
LAURENCE L. LOVE, JJ.

2022-01212
2022-01213
 (Index No. 603397/19)

[*1]Lakeview Loan Servicing, LLC, respondent,
v
John Florio, Jr., appellant, et al., defendants.

Stim & Warmuth, P.C., Farmingville, NY (Glenn P. Warmuth of counsel), for appellant.
Troutman Pepper Hamilton Sanders LLP, New York, NY (Joseph M. DeFazio of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant John Florio, Jr., appeals from two orders of the Supreme Court, Suffolk County (Thomas F. Whelan, J.), both dated December 22, 2021. The first order, insofar as appealed from, granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against the defendant John Florio, Jr., to strike his answer, and for an order of reference. The second order, insofar as appealed from, granted the same relief, struck that defendant's answer, and appointed a referee to compute the amount due to the plaintiff.
ORDERED that the appeals are dismissed, without costs or disbursements.
The appeals from the orders must be dismissed because the right of direct appeal therefrom terminated with the entry of an order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeals from the orders are brought up for review and have been considered on the appeal from the order and judgment of foreclosure and sale (see CPLR 5501[a][1]; Lakeview Loan Servicing, LLC v Florio, ____ AD3d ____ [Appellate Division Docket No. 2022-07463; decided herewith]).
DUFFY, J.P., CHRISTOPHER, FORD and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court